UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NINA LOUP | * | CIVIL ACTION |
| VERSUS | * | NO. 23-302 |
| NEW RESIDENTIAL MORTGAGE LLC | * | SECTION "O" (2) |

## ORDER AND REASONS

Defendant's Motion to Compel (ECF No. 23) is pending before me in this matter. The motion was scheduled for submission on Wednesday, February 21, 2024. As of this date, Plaintiff has not filed an Opposition Memorandum, and the deadline for same expired on Tuesday, February 13, 2024. *See* E.D. La. L.R. 7.5.

Defendant issued discovery on October 18, 2023, and despite repeated requests, no responses have been provided.

Having considered the record, the written submission of counsel, the lack of Opposition Memorandum, the applicable law, and finding that the motion has merit,

IT IS ORDERED that the Motion to Compel (ECF No. 23) is GRANTED. This Order reserves to Defendant the right to file an appropriate motion, with supporting documentation, to recover fees and costs in incurred in filing the motion in accordance with Fed. R. Civ. P. 37(a)(5).

IT IS FURTHER ORDERED that, within 14 days, Plaintiff must provide full and complete responses to the discovery requests.

New Orleans, Louisiana, this 21st day of February, 2024.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE