UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NINA LOUP,<br><br>    *Plaintiff*,<br><br>v.<br><br>NEW RESIDENTIAL MORTGAGE, LLC,<br><br>    *Defendant*. | CIVIL ACTION<br><br>NO. 23-302<br><br>SECTION "O" DIVISION "2" |

### NEW RESIDENTIAL MORTGAGE, LLC, N/K/A NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, New Residential Mortgage, LLC, n/k/a Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Newrez"), and, pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Court to enter a Summary Judgment against Nina Loup ("Plaintiff") because there is no genuine issue of material fact as to one or several essential elements of each of Plaintiff's causes of action, for the reasons provided in the Memorandum in Support filed herewith and exhibits thereto.

[*Remainder of Page Intentionally Left Blank*]

## CONCLUSION & PRAYER

WHEREFORE, premises considered, New Residential Mortgage, LLC, n/k/a Newrez LLC d/b/a Shellpoint Mortgage Servicing, prays that this Court enter a judgment in its favor dismissing the claims and causes of action by Nina Loup, with prejudice, as a matter of law, and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: */s/ Joshua A. Lesser*
**Melissa Gutierrez Alonso**
Louisiana Bar No. 38010
malonso@bradley.com
**Joshua A. Lesser**
Louisiana Bar No. 37205
jlesser@bradley.com
JPMorgan Chase Tower
600 Travis Street, Suite 5600
Houston, Texas 77002
Telephone: (713) 576-0300
Facsimile: (713) 576-0301

*Counsel for New Residential Mortgage, LLC,
n/k/a Newrez LLC d/b/a Shellpoint Mortgage*

## Certificate of Service

I hereby certify that on the date of the filing hereof, a copy of the foregoing document and all attachments were filed and served using the Court's CM/ECF system, as follows:

Marc E. Dann, mdann@dannlaw.com, notices@dannlaw.com
Daniel M. Solar dsolar@dannlaw.com
William G. Cherbonnier, Jr., wgc@billcherbonnier.com
*Counsel for Plaintiff Nina Loup*

*/s/ Joshua A. Lesser*
Joshua A. Lesser