UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NINA LOUP | CIVIL ACTION |
| VERSUS | NO. 23-302 |
| NEW RESIDENTIAL MORTGAGE LLC | SECTION "O" |

## CONDITIONAL ORDER OF DISMISSAL

United States Magistrate Judge Currault has informed the Court that this case has settled.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 18th day of December 18, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 72.